THE BOROUGH OF BRADLEY BEACH, PROSECUTOR-AP-
PELLANT, v. STATE BOARD OF TAX APPEALS ET AL.,
RESPONDENTS—APPELLEES.

Submitted October 27, 1939—Decided January 25, 1940.

For the appellant, *Joseph R. Megill* and *Ward Kremer*.

For the respondents, *Milton M. Unger*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, CASE, DONGES, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ.   13.

*For reversal*—None.